SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, LEEMANUEL WEILCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LEEMANUEL WEILCH, | Case No.: 2:22-cv-05637-ODW (PDx) |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | |
| 2512 ARTESIA, INC., A CALIFORNIA CORPORATION; and DOES 1 to 10, | |
| Defendants. | |

Notice is hereby given that Plaintiff Leemanuel Weilch ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: December 13, 2022      **SO. CAL EQUAL ACCESS GROUP**

　　　　　　　　　　　　　　　　　　 */s/ Jason J. Kim*
　　　　　　　　　　　　　　　　　JASON J. KIM
　　　　　　　　　　　　　　　　　Attorney for Plaintiff